IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EDWARD RASCHEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIFIED SCHOOL DISTRICT NO. 506 )<br>ALTAMONT, KS, )<br>)<br>Defendant. ) | Case No. 6:20-cv-01018-KHV-ADM |

## ADR REPORT

**TYPE OF ADR:**        **Mediation** ☒        **Other:** _____ ☐

**Name of Mediator or other Neutral:** Jeff Leonard

**ADR Session Held (date):** June 16, 2022

**Additional Session(s) Held, if any (date):** None.

**Results of Referral to ADR**

☐ Case settled **before** ADR        ☐ Case did **not** settle

☒ Case settled **at** ADR session        ☐ Case settled in part

**Mediation Fees** (answer only if private mediator used):

Did neutral serve pro bono?        Yes ☐        No ☒
Did neutral serve for a reduced fee?        Yes ☒        No ☐

**Status of litigation when ADR occurred** - please check one:

TRO ☐        pre-discovery ☐        partial discovery ☒        discovery complete ☐

{T0475330}                                1

pending dispositive motion ☐        After dispositive motion ☐    other ☐ _____

**Length of ADR session:**        8.5    hours

                Respectfully submitted,

/s/ Terelle A. Mock
Terelle A. Mock                                                              #21465
Blake K. Porter                                                               #28289
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street
Topeka, KS  66606
(785) 232-7761 | (785) 232-6604 – fax
E-mail: tmock@fpsslaw.com
      bporter@fpsslaw.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christopher A. McElgunn, #13359
KLENDA AUSTERMAN LLC
301 N. Main St.
Wichita, KS 67202-4816
Office: (316) 290-4621 | Fax: (316) 267-0333
cmcelgunn@klendalaw.com

Brian J. Lawler (*pro hac vice)*
Miranda L. Gahn (*pro hac vice*)
PILOT LAW, P.C.
850 Beech St., Ste. 713
San Diego, CA 92101
Office: (619) 255-2398 | Fax: (619) 231-4984
blawler@pilotlawcorp.com
mgahn@pilotlawcorp.com
**Attorneys for Plaintiff**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  No one.

                /s/Terelle A. Mock
                Terelle A. Mock