IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| EDWARD RASCHEN, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | CIVIL ACTION |
| v. | ) ) | No. 20-1018-KHV |
| USD 506 ALTAMONT, KANSAS, | ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

On June 17, 2022, defendant filed an ADR Report (Doc. #33) informing the Court that the parties have reached a settlement in this matter.

**IT IS THEREFORE ORDERED** that the Clerk administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. On or before **July 20, 2022**, the parties shall file a stipulation of dismissal signed by the parties above who have appeared in the action, under Rule 41(a)(1) of the Federal Rules of Civil Procedure. If no such stipulation is received within the specified time and the parties have not moved to reopen the case for the purpose of obtaining a final determination, this order shall constitute, for purposes of Rule 58 of the Federal Rules of Civil Procedure, entry of final judgment and dismissal with prejudice of all claims and/or counterclaims under Rule 41(a)(2).

Should the parties move to reopen the case within the allotted timeframe, they should be prepared to proceed with trial on the previously scheduled date of **February 6, 2023 at 9:00 AM** in Wichita, Kansas.

**IT IS SO ORDERED.**

Dated this 21st day of June, 2022 at Kansas City, Kansas.

s/ Kathryn H. Vratil  
KATHRYN H. VRATIL  
United States District Judge