UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EDWARD RASCHEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 6:20-cv-01018-KHV-ADM |
| ) | |
| UNIFIED SCHOOL DISTRICT NO. 506 ) | |
| ALTAMONT, KS, ) | |
| ) | |
| Defendant. ) | |

**RULE 41(a)(1)(A)(ii) STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, Edward Raschen, and Defendant, Unified School District No. 506, by and through undersigned counsel, stipulate to dismiss Plaintiff's Complaint and all causes of action against Defendant, USD 506, with prejudice, each party to bear its own fees and costs

Date:   July 19, 2022

　　　　　　　　　　　　　　　　　　　　　　 /s/ Christopher A. McElgunn
　　　　　　　　　　　　　　　　　　　　　Christopher A. McElgunn #13359
　　　　　　　　　　　　　　　　　　　　　KLENDA AUSTERMAN LLC
　　　　　　　　　　　　　　　　　　　　　301 N. Main St.
　　　　　　　　　　　　　　　　　　　　　Wichita, KS 67202-4816
　　　　　　　　　　　　　　　　　　　　　Office: (316) 290-4621
　　　　　　　　　　　　　　　　　　　　　Fax: (316) 267-0333
　　　　　　　　　　　　　　　　　　　　　cmcelgunn@klendalaw.com

　　　　　　　　　　　　　　　　　　　　　Brian J. Lawler
　　　　　　　　　　　　　　　　　　　　　PILOT LAW, P.C.
　　　　　　　　　　　　　　　　　　　　　850 Beech St., Ste. 713
　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　　　　　　　Office: (619) 255-2398
　　　　　　　　　　　　　　　　　　　　　blawler@pilotlawcorp.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Case 6:20-cv-01018-KHV-ADM   Document 35   Filed 07/20/22   Page 2 of 2

In the United States District Court for the District of Kansas
*Edward Raschen v. Unified School District No. 506, Altamont, KS*
Case No.:   20-cv-01018-KHV-ADM
Stipulation of Dismissal With Prejudice
Page **2** of **2**

/s/ Terelle A. Mock
Terelle A. Mock #21465
FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 S.W. 5th Street
Office: (785) 232-7761
Fax: (785) 232-6604
tmock@fisherpatterson.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2022, I electronically filed the above with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Brian J. Lawler
Brian J. Lawler